# **Appendix**

## James Andrews

Total Number of Emails: 160

| Date/Time | From Name | Sender's Email | Subject |
|---|---|---|---|
| 11/27/18 1:36 | Janiya | Adelynn161@addictiveworld.com | Warning: you might have sex with someone you know! |
| 11/27/18 3:37 | Alena | Cheyenne904@nehalandvineet.com | A Gorgeous Asia Could Be Yours |
| 11/27/18 5:26 | Evelynn | Katalina540@childwristleash.com | Hi again! Im so happy coz U reply me! |
| 11/27/18 10:33 | Elise | Kynlee377@chaonengyuantai.com | This website is strictly for adults only! |
| 11/27/18 11:56 | Noelle | Edith413@modelepuissance.com | Hook up now, start your free membership! |
| 11/27/18 13:03 | Aleena | Amelia417@easyenglishmate.com | Chat? |
| 11/27/18 17:31 | Jaliyah | Natasha348@bootypussylick.com | No Cost Hookup... Active Members in Your Area |
| 11/27/18 18:48 | Giovanna | Lindsey168@slowburnfatloss.com | whats going hell-on? |
| 11/27/18 19:35 | Taliyah | Cecilia274@athomebrowtattoo.com | Look forawrd to meet you soon. |
| 11/27/18 22:10 | Amya | Gemma582@fashionscouzers.com | Find your Russian Bride here for FREE! |
| 11/28/18 4:29 | Annabelle | Lara335@ashesandarrows.com | New Horny Personals |
| 11/28/18 7:53 | Remington | Alayna355@atrium-rovinka.com | Hi again! Im so happy coz U reply me! |
| 11/28/18 8:13 | Ariyah | Adelina678@topmodaservice.com | Big girls need a little lovin too. Want to give me a try? Check out my pictures. |
| 11/28/18 10:11 | Paola | Shelby421@paelonmemorial.com | I hope you'll be okay with this |
| 11/28/18 14:43 | Dallas | Cherish954@cloudheisenberg.com | Craigslist is dead for dating |
| 11/28/18 16:13 | Yasmin | Alisha463@curioustvshows.com | Thanks for contacting me |
| 11/28/18 20:23 | Everleigh | Zariah314@artfulldesignz.com | This is what I'd need |

| 11/28/18 21:49 | Arabella | Rosalie726@womensconclave.com | No Gimmicks. No Bullshit. Just Girls Looking For Sex |
| 11/28/18 21:53 | Nova | Kailee769@nutabnutrition.com | Don't stay single! Find your match with us. |
| 11/28/18 22:51 | Karla | Annabella104@depostbezorger.com | I want to have a crazy night with you |
| 11/29/18 1:22 | Skyla | Jolie211@cevolicountry.com | Lonely Housewives... Absolutely No Commitments Please |
| 11/29/18 2:23 | Hadleigh | Eloise532@sonny2damoney.com | Where have you been? |
| 11/29/18 5:50 | Myla | Summer650@nettlesandnet.com | You have 6 NEW FLIRTS |
| 11/29/18 6:19 | Yareli | Lexi115@silankaviaggi.com | Any guys on here like big women? |
| 11/29/18 8:11 | Alissa | Ayleen437@pubcrawltulum.com | Facebook Verified Dating App for you |
| 11/29/18 10:25 | Hanna | Angel25@pre-ownedgear.com | Thanks for contacting me |
| 11/29/18 11:28 | Melissa | Mary411@deshine-trade.com | I want to have a crazy night with you |
| 11/29/18 12:57 | Kiera | Ana961@sd-zhongchang.com | (1) New Facebook Flirt |
| 11/29/18 16:56 | Heaven | Jenny460@secretsocieti.com | view profile |
| 11/29/18 18:49 | Evie | Holly288@electronicae2.com | Hookup with your neighbors wife |
| 11/29/18 19:26 | Maliyah | Marisol761@trim-projects.com | I want to have a crazy night with you |
| 11/29/18 19:50 | Tori | Joyce878@confluence-st.com | Find Love With a Beautiful Russian Woman |
| 11/29/18 20:26 | Skyla | Jessa192@dsrtsurfhotel.com | Angela share private selfie! |
| 11/29/18 22:45 | Hope | Kaylie949@myfunworklife.com | We will NOT tell anyone if you have an affair.... |
| 11/29/18 23:16 | Adelynn | Jamie416@emprisehealth.com | ENCLOSED: Mail Order Brides Choices |
| 11/30/18 1:12 | Camille | Abbigail54@ghettoassgifts.com | Look forawrd to meet you soon. |
| 11/30/18 1:27 | Alanna | Isabel600@taborinstitute.com | 2,167 New Girls Online NOW on LocalGirlsSexBook |
| 11/30/18 2:59 | Willow | Natalee640@vitaminefactor.com | Online dating is Different Now. Plenty of singles |

| | | | |
|---|---|---|---|
| | | | want you! |
| 11/30/18 3:38 | Leighton | Itzel129@hollyjollydata.com | Eleanor Greaney sent you a private message: |
| 11/30/18 4:27 | Alisa | Natalie835@fitness13sport.com | Yareli wanna chat with you! |
| 11/30/18 5:24 | Nayeli | Milana8@theauditionhub.com | Meet Thousands of Russian Women! |
| 11/30/18 6:22 | Kora | Julianna358@masterofstones.com | ENCLOSED: Your Mail Order Bride Selections |
| 11/30/18 6:41 | Stephanie | Selah576@chrisaccountant.com | Hi! These Costa Rican Women are looking for Men! |
| 11/30/18 7:09 | Angeline | Lorelei202@hope4ourfuture.com | Keira share private selfie! |
| 11/30/18 7:22 | Joyce | Eileen122@exstylestudios.com | Irresistible oversexed hotties ready for fun in bed with you! |
| 11/30/18 8:28 | Carly | Charlee697@cadtlelearninf.com | Lilyana share selfie for U! |
| 11/30/18 16:45 | Dakota | Bethany646@chinaterahertz.com | Sleep with someones cheating wife |
| 11/30/18 20:50 | Jazlynn | Malaysia418@hotfirecontent.com | Thousands of Women Want to Hookup Near You? |
| 11/30/18 23:40 | Tiana | Libby789@4745pinetreedr.com | Is it time for me to give up? |
| 12/1/18 2:34 | Shelby | Angelica987@heidisbookclub.com | Connect With Discrete Women Now... No relationships Wanted |
| 12/1/18 18:54 | Amanda | Maci981@encouragelearn.com | Looking for Adventure |
| 12/2/18 2:11 | Faye | Audrina195@voyeurgallerys.com | These chicks wanna F.ck! |
| 12/2/18 3:03 | Kathleen | Athena790@shw-intercoltd.com | Do you like anal sex? |
| 12/2/18 4:46 | Lucille | Aleah549@genesis-events.com | Natalee share private selfie! |
| 12/2/18 5:26 | Heaven | Emilee941@educontracting.com | Let's Chat? |
| 12/2/18 5:44 | Heaven | Alma323@cafesaintamand.com | Serious Inquiries Only: Natalia, 27, Russia |
| 12/2/18 7:05 | Malaya | Janessa790@simracewebshop.com | Meet fellow members and have a fling tonight. |

| 12/2/18 7:18 | Vivian | Isla174@boldallkitchen.com | I am waiting for your phone number |
| 12/2/18 7:21 | Karen | Zaria861@alliedlinestop.com | Chloe share private selfie! |
| 12/2/18 8:23 | Harlow | Aliyah768@bardomarketing.com | Lets hang ;) |
| 12/2/18 9:18 | Marilyn | Stevie928@isikbahcebakim.com | Finding horny girls has never been easier. |
| 12/2/18 9:32 | Sariah | Ingrid413@amelialeonards.com | Meet Single Women on Fbk |
| 12/2/18 12:59 | Maisie | Juliana475@superpowermybi.com | Home Alone......I'm SO Bored |
| 12/2/18 17:27 | Maggie | Coraline566@dearfawnstudio.com | Hey |
| 12/2/18 21:02 | Kelly | Linda706@bmtkabandungan.com | Big girls need a little lovin too. Want to give me a try? Check out my pictures. |
| 12/2/18 21:08 | Skye | Hannah935@dosecoclothing.com | I am waiting for your phone number |
| 12/2/18 21:08 | Saniyah | Iliana457@56-normanhurst.com | WARNING! You will see nude photos. Please be discreet. |
| 12/2/18 21:22 | Marleigh | Veronica422@giannasalituri.com | Discreet Wife Dating in your Area... 5 Day Trial Offer |
| 12/2/18 23:45 | Clementine | Jaylynn593@wing-feathers.com | Snapsext? Shhhhhhhh..... |
| 12/2/18 23:51 | Zoey | Cherish625@crytpofanatics.com | Hi dear |
| 12/3/18 1:39 | Valerie | Farrah526@rwhcontracting.com | Costa Rican Women are looking for Men! |
| 12/3/18 3:15 | Katherine | Kira152@jiucaiwang999.com | Free account for adult chatroulette |
| 12/3/18 3:49 | Myla | Danica783@adelaidecoombes.com | here it is - short and sweet |
| 12/3/18 10:18 | Riya | Kaleigh887@scale-defender.com | I'm SO Bored |
| 12/3/18 14:44 | Janae | Ciara91@rootindustrial.com | Invite from Elisa |
| 12/3/18 14:56 | Catherine | Serena772@nchempauctions.com | Dating photos |
| 12/3/18 18:19 | Antonia | Gracie188@mrduvallvoice.com | I am waiting for your phone number |

| 12/3/18 21:23 | Amber | Mercy476@fourstonehall.com | Welcome to adult LocalGirlsSexBook! |
| 12/3/18 22:50 | Marjorie | Alaysia30@olivesandowls.com | Find Love With a Beautiful Russian Woman |
| 12/4/18 4:44 | Madilynn | Rebekah693@dental-miyaji.com | Your PASS to FREE SEX DATING |
| 12/4/18 7:27 | Moriah | Crystal727@makeupmanager.com | Hook up now, start your free membership! |
| 12/4/18 10:25 | Joy | Iliana703@thevocaltouch.com | Jessika Sigmon has added YOU as a Favorite! |
| 12/4/18 17:23 | Holland | Zaniyah819@dfwdogdaycare.com | Ready For That Date? |
| 12/4/18 18:24 | Samiyah | Ivy363@camera-jammer.com | Eleanor Greaney sent you a private message: |
| 12/4/18 19:52 | ne | acy891@mocthanhthanh.com | Look forawrd to meet you soon. |
| 12/4/18 20:02 | Dalia | Cambria542@actorahmedeid.com | Chat with English Speaking Russian Women |
| 12/4/18 20:20 | Skye | Lesly126@judithisabella.com | Reply from Avah on Craigslist. |
| 12/5/18 1:17 | Kendra | Joanna842@wowpizzasrock.com | Serious Inquiries Only: Alexi, 21, Russia |
| 12/5/18 1:24 | Renata | Taylor415@antiperfection.com | Sex Ads & Personals |
| 12/5/18 4:03 | Gia | Danna41@davidgurfinkel.com | Want to give me a try? Check out my pics |
| 12/5/18 5:32 | Carlee | Lexi175@diversityplace.com | You MUST BE 18 to Read This |
| 12/5/18 10:04 | Paisley | Bryleigh286@shirleyvalente.com | SexBook Alert: Free Lifetime Access! |
| 12/5/18 10:06 | Alexandra | Jamie459@senaryonuyolla.com | Let me introduce you to guaranteed sex..... |
| 12/5/18 12:14 | Daniella | Paisley157@chocolatvoyage.com | Serious Inquiries Only: Oksana, 25, Ukraine |
| 12/5/18 15:15 | Angie | Thalia649@catenalinkcorp.com | Meet horny girls for wild dates without commitment! |
| 12/5/18 18:53 | Cherish | Maeve992@heyemilycooper.com | Hi again! Im so happy coz U reply me! |
| 12/5/18 19:22 | Katie | Josie292@applejuicegood.com | Any guys on here like big women? |
| 12/5/18 20:33 | Everleigh | Natasha828@thecopperlodge.com | Are you interested in me? |

| | | | |
|---|---|---|---|
| 12/5/18 23:17 | Sarah | Addyson775@kendrabillings.com | Many of these women are desperate single moms and married women looking to cheat. |
| 12/6/18 12:10 | Sophie | Neriah564@meetjuniperlove.com | Live video chat with Russian brides. |
| 12/8/18 4:00 | Samiyah | Natalia920@germanyproject.com | Meet Beautiful, Adoring Russian Women Today |
| 12/8/18 8:25 | Annabel | Cassidy529@taraftarinyeri.com | Is it time for me to give up? |
| 12/8/18 12:40 | Reagan | Kayden151@invitationjaro.com | Ariya wanna chat with you! |
| 12/8/18 14:34 | Brenna | Astrid927@bioreignssucks.com | Mia wanna chat with you! |
| 12/8/18 19:31 | Malaysia | Elsie33@treboltoursvip.com | This is not a dating site |
| 12/9/18 13:20 | Maggie | Miriam725@hdhairboutique.com | ready for some sexy time?! |
| 12/19/18 3:15 | Aniyah | Salma396@victorromansini.com | Our singles are sick of immature relationships. Join for free! |
| 12/19/18 4:32 | Joanna | Ann977@myholidaymomets.com | Sign up for FREE in seconds! |
| 12/19/18 6:18 | Jocelynn | Aleena681@ukmetalrefining.com | Men Wanted today |
| 12/19/18 7:38 | Elin | Vivian371@wearewanderhers.com | Hookup with your neighbors wife |
| 12/19/18 7:51 | Lorelai | Scarlette528@hemp3-dprinting.com | Mail Order Brides Choices Enclosed |
| 12/19/18 10:16 | Lisa | Noelle221@athleteimagingllc.com | Pics of me being bad |
| 12/19/18 14:28 | Anniston | Andrea919@newbeerseve2020.com | Do you remember me? |
| 12/19/18 18:20 | Zoey | Emmalee446@thecountynotary.com | You have been tagged with a photo! |
| 12/19/18 18:34 | Alaya | Lola714@cebapjohnfkennedy.com | Lara sent you a INSTANT NUDGE |
| 12/23/18 0:44 | deepti baldi | deeptibaldi6697@hotmail.com | Hi its Karla |
| 1/15/19 6:33 | Skyler | Liv965@baconbutterandbbq.com | Sign up and create your adult dating profile in one easy step. |

| 1/15/19 6:33 | Leila | Shelby930@betterlife-therapy.com | Married Women That Can Keep Secrets! |
|---|---|---|---|
| 1/15/19 6:33 | Madalynn | Zaniyah172@edenbrookapartments.com | What are you doing tonight? |
| 1/15/19 6:33 | Alana | Georgia65@atticmusicrecords.com | Looking To Date A Married But Lonely Wife? |
| 1/15/19 6:33 | Reina | Jewel964@lashesbydiisha6ix.com | let's have a little fun |
| 1/15/19 6:33 | Johanna | Hadleigh412@channelviewdivorce.com | Don't Wast Time, Join Now And Shag! |
| 1/15/19 7:03 | Adelyn | Payton408@aureliejulien2019.com | I really just want to f.ck |
| 1/15/19 7:03 | Sloane | Magnolia486@kromatik-clothing.com | Rayna wanna chat with you! |
| 1/15/19 7:03 | Leah | Emmeline162@coramdeobiblechurch.com | Guaranteed Sex? |
| 1/15/19 7:03 | Mallory | Guadalupe2@lpayment-failures.com | (1) New Facebook Flirt |
| 1/15/19 7:03 | Mallory | Saylor955@mobilescooterstore.com | wanna have fun?? |
| 1/15/19 7:03 | Kyleigh | Kenna332@lefrancaisenscene.com | Good girl looking to explore being bad. Can U meet up? Pics of me being bad here :) |
| 1/16/19 6:42 | Miah | Karla898@dreams8dollars.com | I need a date for a party! |
| 1/16/19 6:42 | Lauryn | Chelsea513@care2community.com | View My (8) Private Photos... |
| 1/16/19 13:22 | Makenna | Aliza286@playlearninggardens.com | The latest craze in ONLINE hookups, are you ready?? |
| 1/16/19 13:22 | Danna | Adelyn327@starlingsilverstein.com | You have NEW FLIRTS |
| 1/16/19 13:22 | Valerie | Kailyn162@lifecorebruxguard.com | Accepted a buddy request |
| 1/16/19 13:22 | Leskazdeguadeloupe | 827@leskazdeguadeloupe.com | Lets meetup! |
| 1/21/19 5:46 | Evalyn | Mariyah23@ocwencustpmers.com | Friendly Conversation |
| 1/21/19 5:46 | Miranda | Madeline239@bodrumdentists.com | I am waiting for your phone number |
| 1/21/19 5:46 | Sidney | Iliana322@pronuevohealth.com | ENCLOSED: Mail Order Brides Choices |
| 1/21/19 5:46 | Jazmine | Rosalyn984@cbdstateofmind.com | Pics of me being bad |

| 1/21/19 5:46 | Norah | Alanna589@empregadorlegal.com | here it is - short and sweet |
| 1/21/19 19:02 | Viviana | Katalina701@lokomotivpools.com | Don't Wonder What Might Have Been. Meet Asian Women Today. |
| 1/21/19 19:02 | Carter | Alyson133@negativespacey.com | Tegan share selfie for U! |
| 1/21/19 19:02 | Rebekah | Ana586@mikebogartteam.com | A Gorgeous Asia Could Be Yours |
| 1/21/19 23:29 | Serena | Catalina156@craigwecharity.com | Hi dear |
| 1/29/19 9:10 | Sloan | Brenda235@dolphinsong-hq.com | Is it time for me to give up? |
| 1/29/19 9:36 | Lara | Paloma247@macs-creations.com | Curvy sluts are looking for casual sex and discreet affairs. |
| 1/30/19 23:28 | Julia | Miracle277@moonsugartablets.com | Find Love With a Beautiful Russian Woman |
| 2/8/19 7:22 | Sophia | Nicole137@cravingdesigns.com | You have been tagged with a photo! |
| 2/8/19 10:12 | Madelyn | Lilyanna899@maclane-france.com | I want to have a crazy night with you |
| 2/8/19 21:40 | Ciara | Avianna637@erikagayphotos.com | Facebook Verified Dating App for you |
| 2/8/19 23:33 | Aliza | Elyse176@juliapvasileva.com | Free To Chat? |
| 2/7/19 22:54 | Lennon | Landry260@atimestore.com | Did you get my previous reply? I am still waiting here.. |
| 2/7/19 22:23 | Alissa | Aya441@bpowerplus.com | Seksually Explicit- They are just looking for sex..... |
| 2/7/19 22:44 | Ariah | Nathaly207@dizgemetal.com | Meet a Lovely Russian Woman Today |
| 2/7/19 17:29 | Estelle | Sloane333@nebulahemp.com | This Site May Contain Naked Pictures Of Someone You Know! |
| 2/7/19 20:24 | Khloe | Nancy596@housecattoor.com | We've detected a possiable change to your credit score. Please review |

| 2/8/19 16:23 | Cora | Courtney642@petardeomadrid.com | Im just looking for good sex tonight! |
| 2/8/19 22:40 | Kora | Raven32@itsmartfinance.com | Immediate contact to horny girls |
| 2/9/19 8:36 | Brinley | Virginia482@guiavisagolden.com | 2 notifications |
| 2/9/19 14:11 | Teagan | Elisabeth776@emmetrolexiacy.com | Have You Given Russian Dating a Try? |
| 2/9/19 19:34 | Athena | Kynlee230@drzainablaftah.com | Meet flirts and spice up your dating life! |

## Ryan Abel

Total Number of Emails: 106

| Date/Time | From Name | Sender's Email | Subject |
| --- | --- | --- | --- |
| 11/27/18 4:19 | Dayana | Gracie910@driverlessdate.com | Discreet Wife Dating in your Area... 5 Day Trial Offer |
| 11/27/18 10:25 | Salma | Madeleine372@cbdvitaminworld.com | Here's my video ;) |
| 11/27/18 10:36 | Rosa | Celia628@reactivephones.com | I want to have a crazy night with you |
| 11/27/18 9:27 | Aiyana | Aleena651@entreprise-nge.com | Swinger photos...Hot, Hot |
| 11/27/18 17:52 | Esther | Landry46@lee-annsandford.com | You've Been Invited to LocalGirlsSexBook! |
| 11/27/18 18:20 | Parker | Kayleigh802@santeelandtrust.com | Khaleesi wanna chat with you! |
| 11/27/18 19:53 | Mara | Ayva560@lichstreetwear.com | Milani share private selfie! |
| 11/27/18 22:00 | Lauren | Brielle605@globaldoctornet.com | You want more? |
| 11/28/18 1:23 | Kayla | Maggie579@amazondatasync.com | Don't Wonder What Might Have Been.  Meet Russian Women Today. |
| 11/28/18 5:58 | Katherine | Jessa903@neslihantoktas.com | Meet Single Women on Fbk |
| 11/28/18 12:37 | Briley | Iris63@compra-especial.com | Isabelle wanna chat with you! |
| 11/28/18 18:45 | Luciana | Savanna770@topgaminggoods.com | Free account for adult chatroulette |
| 11/29/18 4:18 | Evelynn | Malaya102@verizon1media.com | Any guys on here like big women? |
| 11/29/18 4:36 | Lillian | Heather425@timesoriginal.com | here it is - short and sweet |
| 11/29/18 2:58 | Dulce | Claire836@albertaboiler.com | Single women near you are looking for that special someone! |
| 11/29/18 3:48 | Ciara | Lucy704@choisirsonspa.com | Let's Get Together Soon |
| 11/29/18 5:43 | Zaria | Lilyanna793@bluemonkeybus.com | Warning: This site has naked pics of someone you may |

| | | | know. |
|---|---|---|---|
| 11/29/18 16:01 | Karla | Elyse432@chachacachaca.com | View Photos of Big and Beautiful Singles in Your Area |
| 11/29/18 20:50 | Zaria | Esmeralda168@easyregistros.com | I'm being truthful with you |
| 11/29/18 21:23 | Aubree | Jaida905@nexriseblocks.com | These women are ONLY looking for casual sexual encounters. |
| 11/29/18 19:28 | Charlotte | Sierra856@changjiang-ad.com | Take Advantage of Our Live Sex Chat and Webcam Chat |
| 11/29/18 23:06 | Jessie | Azaria682@revivaloflord.com | Looking for Adventure |
| 11/29/18 23:25 | Kyra | Barbara674@helpugetripped.com | Life is Short. Have an Affair. |
| 11/30/18 3:38 | Kassandra | Elaine89@echelongnovels.com | Chat Easy with English Speaking Russian Brides... |
| 11/30/18 4:01 | Karen | Leyla813@instagrambaron.com | Meet members with adult chat and sex cams! |
| 11/30/18 3:40 | Maliah | Journey675@gruntworkmusic.com | I really just want to f.ck |
| 11/30/18 6:42 | Rosemary | Liliana721@brigittebreton.com | I like it doggystyle, do you? |
| 11/30/18 10:21 | Victoria | Maeve879@shopping-erbil.com | Have You Given Russian Dating a Try? |
| 11/30/18 10:58 | Rosalyn | Marlee594@vikingshopyard.com | Do you remember me? |
| 11/30/18 16:13 | Eva | Hayden799@sosialmedia-vr.com | Did you get my previous reply? I am still waiting here.. |
| 11/30/18 20:13 | Catherine | Rylan345@value-advisory.com | *ATTENTION* - You may browse profiles of women in your area instantly after agreeing to our site rules. |
| 12/1/18 11:33 | Angie | Vanessa885@desenhosfaceis.com | I'm as sweet as can be! |
| 12/1/18 6:39 | Summer | Madeline488@pheconsultants.com | Don't be shy, just tell me |
| 12/1/18 17:52 | Adelina | Danika350@hedgevarieties.com | Any guys on here like big women? |
| 12/1/18 23:04 | Ariel | Nala496@cannibisdrinks.com | Invite from Karla |
| 12/1/18 1:48 | Ariella | Iliana779@gawingfestival.com | You MUST BE 18 to Read This |

| 12/2/18 6:06 | Janiyah | Ember866@codeofethicsaz.com | Turning Your Own Adult Dating Fantasies into Reality |
| 12/2/18 9:00 | Madyson | Adalyn900@annsjewelryart.com | Hot ladies of your dreams. Join now! |
| 12/2/18 16:16 | Noelle | Izabella54@cacanhthanhloc.com | Serious Inquiries Only: Sveta, 32, Russia |
| 12/1/18 22:43 | Carly | Margaret904@gay-twink-blog.com | The latest craze in ONLINE hookups, are you ready?? |
| 12/2/18 7:38 | Camryn | Madalynn57@hituckholsters.com | Meet Single Women on Fbk |
| 12/2/18 7:28 | Mallory | Abril852@betronlighting.com | Hmmm, you new? |
| 12/2/18 20:45 | Josephine | Kaleigh591@99bazaarstreet.com | You're lucky, at the moment a FREE registration for men is open. |
| 12/2/18 20:29 | Salma | Rachel382@fullirishvegan.com | (1) Friend may really be interested in you :) |
| 12/2/18 4:20 | Faith | Kendall589@windowsalmeria.com | I want to have a crazy night with you |
| 12/2/18 15:57 | Angela | Alessandra677@hiver2018-2019.com | F-ree Lifetime Membership from LocalGirlsSexBook |
| 12/2/18 19:35 | Raelynn | Kennedy489@thecraftomaine.com | This Site Likely Contains Nude Pictures Of Someone You Know. |
| 12/2/18 19:10 | Marianna | Brynlee559@save-our-world.com | Find new pals, friends or even your ideal partner! |
| 12/2/18 22:03 | Natalee | Emma97@roguelitegames.com | Thanks for contacting me |
| 12/2/18 14:50 | Ayva | Sloan501@honestyseguros.com | Seksually Explicit- 1,128 New Girls Online NOW on Sexbook |
| 12/3/18 4:08 | Emmeline | Dayana206@smokablecbdbud.com | Looking for Relationship |
| 12/3/18 1:08 | Emma | Lena357@dragoncashback.com | Serious Inquiries Only: Tanya, 25, Ukraine |
| 12/3/18 20:44 | Audrina | Giovanna474@giorgioavalle.com | I've been a bad girl... and have the pics to prove it :) |
| 12/3/18 8:51 | Alivia | Mina182@budgetreducer.com | I am waiting for your phone number |
| 12/3/18 8:20 | Itzel | Harlow192@scaledalliance.com | WANTED: F*ckBuddies |

| 12/3/18 23:31 | Isabela | Danielle78@mayoecocampus.com | Warning: you might have sex with someone you know! |
| 12/4/18 19:17 | Sloane | Hazel785@rogueassassin.com | Our singles are sick of immature relationships. Join for free! |
| 12/4/18 20:09 | Parker | Tara755@blackopselite.com | These chicks wanna F.ck! |
| 12/4/18 4:12 | Alma | Noemi451@kiuniversalko.com | Hi dear |
| 12/4/18 6:28 | Virginia | Maeve509@mitradingpost.com | Seksually Explicit- Sexbook Alert: New Women Online now.... |
| 12/4/18 22:53 | Bailee | Laylah315@makethemwhite.com | Looking for something playful? |
| 12/5/18 10:12 | Dorothy | Regina928@cherylcastaneda.com | View Photos of Big and Beautiful Singles in Your Area |
| 12/5/18 7:55 | Melody | Ariadne371@usaracewaypark.com | Wynter share private selfie for you! |
| 12/5/18 9:32 | Zoie | Charleigh400@cornallmachine.com | Connect With Discrete Women Now... No relationships Wanted |
| 12/5/18 1:29 | Carmen | Lorelei127@jaxdogdaycare.com | Embrace romance & feel the love of a beautiful lady! |
| 12/5/18 10:29 | Aniya | Demi483@elydataquality.com | Are you interested in these friends? |
| 12/5/18 9:45 | Serenity | Alma527@womanandluxury.com | Find attractive ladies from Eastern Europe and Asia! |
| 12/5/18 17:54 | Adeline | Helen124@doublediamondaa.com | No nonsense...just sex dating! |
| 12/5/18 19:21 | Melody | Londyn932@swapapaperback.com | Sofia share private selfie for you! |
| 12/6/18 0:43 | Julianne | Johanna612@stolksolutions.com | Men Wanted today |
| 12/6/18 7:37 | Brooklyn | Leighton408@bakewiththebird.com | Serious Inquiries Only: Sveta, 32, Russia |
| 12/6/18 5:48 | Trinity | Braelynn394@themogulpreneur.com | Got big boobs, and a big butt... and know how to use them :) :) See my pics... |
| 12/19/18 12:29 | Saylor | Izabella577@mkfashioncenter.com | Latina Ladies Have Recently Viewed Your Profile... |

| 12/18/18 21:34 | Salma | Caylee708@gofishingwithme.com | These local girls are ready to f**k |
| 12/18/18 23:58 | Reyna | Harlow859@alfredoarevalo.com | I am waiting for your phone number |
| 12/19/18 0:00 | Luciana | Imani525@cryptosteemman.com | We guarantee you 100% satisfaction with our service or we will refund your money. |
| 12/19/18 0:30 | Emmalyn | Chana266@masalamunchkin.com | Let me introduce you to guaranteed sex..... |
| 12/19/18 21:47 | Elena | Elsa84@dermologymedspa.com | This is NOT a dating site. Just Quick Sex..... |
| 1/15/19 4:31 | Gianna | Aubrey650@bygamerzforgamerz.com | Did you get my previous reply? I am still waiting here.. |
| 1/15/19 19:33 | Nylah | Myra922@interscopeplacement.com | What do you think about me? |
| 1/15/19 12:43 | Marlee | Hayley963@homefield-vantage.com | Hello |
| 1/15/19 0:42 | Scarlette | Hadley799@kingsbridgetrading.com | Hey hey there! |
| 1/15/19 4:19 | Addisyn | Carolina761@healthreserchinfo.com | Hi dear |
| 1/15/19 16:54 | Maliyah | Briana431@aknitterscupoftea.com | You MUST BE 18 to Read This |
| 1/15/19 2:29 | Alyson | Kenzie914@onepatriottactical.com | Meet Beautiful, Adoring Asian Women Today |
| 1/15/19 5:13 | Fatima | Micah633@simpleviralcashflow.com | We will NOT tell anyone if you have an affair.... |
| 1/15/19 0:54 | Lilah | Addilynn499@letterboxshipping.com | Welcome to adult LocalGirlsSexBook! |
| 1/15/19 1:33 | Aubriella | Camilla642@labottegadelleoccasioni.com | Is it time for me to give up? |
| 1/15/19 1:27 | Jasmin | Kamryn17@oasisdreamweddings.com | These MILFs are NASTY...here's your special login.... |
| 1/15/19 11:21 | Nylah | Anastasia423@crowd2jointventure.com | Is it time for me to give up? |
| 1/21/19 6:36 | Jayda | Kaitlynn168@emmageesbunker.com | Meet Singles Now! |
| 1/21/19 0:24 | Aniya | Magnolia213@floristsorlando.com | Your PASS to FREE SEX DATING |
| 1/21/19 2:28 | Allison | Scarlet950@sensoryhandbook.com | view my pics for free! |
| 1/21/19 3:22 | Reina | Kimber274@rbiinspections.com | Emmalee wanna chat with you! |

| 1/21/19 9:00 | Isabelle | Charlee724@daynaleephotos.com | Trade pics and bang new friends in your city! |
| 1/29/19 8:06 | Carly | Leona178@journalparfait.com | whats going hell-on? |
| 1/28/19 23:57 | Leila | Kaelynn46@alexlacayogreenfit.com | I am waiting for your phone number |
| 2/7/19 18:06 | Cherish | Danika550@noreferplz.com | Someone REALLY does wants to meet YOU :) |
| 2/7/19 9:28 | Brenna | Maleah480@grain-salt.com | Hi dear |
| 2/8/19 6:49 | Kamila | Noelle283@huishenghuiyou.com | I really just want to f.ck |
| 2/8/19 10:23 | Zion | Yaretzi330@junctionpaband.com | Swap nude selfies and hookup for free! |
| 2/8/19 8:52 | Hailey | Sophia347@dolcettilondon.com | Hi dear |
| 2/8/19 23:32 | Miya | Nala83@boost-schmiede.com | Finding horny girls has never been easier. |
| 2/8/19 18:28 | Marie | Natalee42@onlyladytpowell.com | Look forawrd to meet you soon. |
| 2/8/19 22:20 | Rowan | Jewel853@kevinstarshack.com | Neglected and Lonely Housewives searching for sex |
| 2/18/19 18:16 | Hookup Request Promo | noreply@datinghotflings.com | Soulful Woman Seeking Partner |

## Jesse Brister

Total Number of Emails: 29

| Date/Time | From Name | Sender's Email | Subject |
|---|---|---|---|
| 1/6/19 22:36 | Ashlynn | Ivanna808@contratenergie.com | Are you ready? |
| 1/7/19 7:59 | Kaia | Kiana291@konahomerentals.com | New Horny Personals |
| 1/7/19 7:59 | Samara | Carolyn253@chronicbookkeeper.com | Looking for new friends |
| 1/7/19 7:59 | Braelyn | Brooklynn718@jingxianghaoke.com | Exactly why women will LOVE you tonight! |
| 1/7/19 7:59 | Temperance | Haylee78@bardsdalecemetary.com | Do you remember me? |
| 1/7/19 7:59 | Hallie | Kendra349@betterhomeshop.com | FREE GIFT from LocalGirlsSexBook.com |
| 1/8/19 8:15 | Briana | Kimber744@gluetabsonline.com | Do you remember me? |
| 1/8/19 8:15 | Cecilia | Milani121@antigurufunnel.com | Sherlyn share private selfie for you! |
| 1/8/19 8:15 | Avianna | Jordyn561@chrislillardjr.com | Any guys on here like big women? |
| 1/8/19 8:15 | Valerie | Elyse458@mindfulnessclocks.com | NEW MESSAGE: Costa Rican Woman looking for a man |
| 1/8/19 11:17 | Daniela | Serena78@medicoestetica.com | You have been tagged with a photo! |
| 1/8/19 11:17 | Aniya | Jaelynn430@dailytechstore.com | Hey |
| 1/8/19 11:17 | Kara | Miya366@aiintegrations.com | Mail Order Brides Choices Enclosed |
| 1/8/19 11:17 | Cataleya | Kennedy834@downloadfile17.com | You have been tagged with a photo! |
| 1/8/19 11:17 | Bryn | Emely832@campoversalles.com | I really just want to f.ck |
| 1/9/19 8:07 | Caylee | mone932@buysaferalarms.com | You have been tagged with a photo! |
| 1/9/19 8:16 | Delilah | Alison467@janwoodapartments.com | Hot ladies of your dreams. Join now! |
| 1/9/19 8:16 | Paislee | Faith470@cashofferoklahoma.com | Look forawrd to meet you soon. |
| 1/9/19 8:16 | Kaiya | Vera705@comprarartesanias.com | Hi dear |

| 1/9/19 8:16 | Ashlynn | Aiyana494@jamestinsleystudio.com | Someone is trying to FLIRT with you on Facebook |
| 1/9/19 8:16 | Jaliyah | Izabella960@samuelhphotographie.com | A woman sent a video message |
| 1/9/19 8:16 | Sky | Alejandra230@formosaasianfusion.com | Meet singles moms in your area for sex |
| 1/9/19 8:16 | Ashlynn | Remington902@localpsychicmedium.com | Lets meetup! |
| 1/10/19 8:03 | Lilliana | Audrina131@robotforhumans.com | A woman on the "Facebook" of Cheaters wants you |
| 1/10/19 18:31 | Kaitlynn | Talia266@benjamindonkor.com | Kassandra wanna chat with you! |
| 1/12/19 4:07 | Hayden | Beatrice89@heavensentband.com | No Credit Card Required - #1 Visted Online Dating Site |
| 1/13/19 9:48 | Katie | Ally147@shoppingmargin.com | You have a message waiting from a Hot Woman! |
| 1/15/19 7:12 | Aviana | Sidney536@davidjbroderfood.com | Is it time for me to give up? |
| 2/7/19 22:29 | Sonia | Jessie730@iuholidays.com | Meet members with adult chat and sex cams! |

## Michael Babich

Total Number of Emails: 32

| Date/Time | From Name | Sender's Email | Subject |
|---|---|---|---|
| 11/27/18 5:40 | Sawyer | Deborah852@bollyentertain.com | looking for man with an age between 23 to 60... |
| 11/28/18 12:41 | Adele | Genesis4@bestbpmonitors.com | Free lifetime access to the best dating site for getting laid! |
| 11/30/18 6:24 | Chloe | Adrienne422@aliceangolivia.com | You Are Minutes Away From Meeting Local MILFs Who Love ANAL SEX! |
| 11/30/18 8:31 | Harmony | Gracelynn687@histoiredeau93.com | You have received a message. |
| 11/30/18 15:36 | Nevaeh | Sarah844@homenorthshore.com | See nudes of someone you know! |
| 11/30/18 16:57 | Dorothy | Itzel904@angeramedental.com | Lets meetup! |
| 11/30/18 18:41 | Hadley | Alexandra410@suckhoequynhat.com | New profile waiting for your response |
| 12/2/18 3:30 | Frances | Paula370@saleonline2019.com | Thanks for contacting me |
| 12/2/18 3:30 | Margaret | Cassandra26@blacktonemusic.com | F*ckBuddies Wanted |
| 12/2/18 8:17 | Lylah | Angeline828@terrapurhealth.com | You want more? |
| 12/2/18 17:32 | Cataleya | Crystal2@coffiendcoffee.com | Simple girl looking simple boy |
| 12/2/18 20:32 | Sadie | Brylee902@campsharepoint.com | Thousands of Women Want to Hookup Near You |
| 12/2/18 20:32 | Madeleine | Sofia872@unefoliedeplus.com | Why Wait?  Meet Russian Women Today. |
| 12/3/18 16:41 | Aurora | Blair810@azcannabiscup.com | Hey |
| 12/3/18 16:41 | Cordelia | Jayda312@101ukholidays.com | Hey! |
| 12/3/18 16:41 | Blake | Kaidence219@cooperativascr.com | Serious Inquiries Only: Tatiana, 24, Russia |
| 12/4/18 5:57 | Zoey | Milan633@theballotlite.com | Single? Join us for free! Hot ladies are waiting for you. |
| 12/5/18 1:49 | Gracie | Bonnie676@thesenderhotel.com | Let's be open to each other |
| 12/5/18 1:49 | Camryn | Sophie631@sebastiansiero.com | Hi again! Im so happy coz U reply me! |

| 12/5/18 1:49 | Kira | Arianna141@cevirpuankazan.com | Is it time for me to give up? |
|---|---|---|---|
| 12/14/18 8:44 | Charlie | Avery94@northsomewhere.com | Someone sent you a snapsext ;) |
| 12/19/18 12:02 | Mariana | Leslie101@wweventplanning.com | here it is - short and sweet |
| 1/15/19 10:13 | Bonnie | Breanna391@dqnbnewproaaxies3.com | Is it time for me to give up? |
| 1/15/19 10:13 | Jijenaproducciones | 9@jijenaproducciones.com | Thanks for contacting me |
| 1/15/19 10:13 | Celine | Amy473@expertorthosecrets.com | View My (8) Private Photos...(NSFW) |
| 1/15/19 20:11 | Rowan | Nathaly254@mariastravelagency.com | Claim Your FREE GIFT Membership From LocalGirlsSexBook.com Before It Expires! |
| 1/21/19 6:38 | Kelsey | Emilee860@petartproducts.com | Oakley share private selfie for you! |
| 1/21/19 6:38 | Lylah | June419@realhealthcure.com | 2 notifications |
| 2/7/19 7:35 | Mariyah | Ashley966@chariotrecords.com | Amia share private selfie! |
| 2/8/19 9:32 | Faye | Reyna912@lorikcreations.com | I really just want to f.ck |
| 2/8/19 9:32 | Reina | Addilyn860@life-structure.com | 3 new messages |
| 2/8/19 9:32 | Tabitha | Nevaeh494@danielomendoza.com | Look forawrd to meet you soon. |

## Yolanda Sanchez

Total Number of Emails: 52

| Date/Time | From Name | Sender's Email | Subject |
|---|---|---|---|
| 11/26/18 23:31 | Avery | Belen731@dadswithgirls.com | Thousands of Russian brides. Chat now! |
| 11/27/18 6:11 | Charleigh | Mikayla975@collectionbyah.com | One Night Stand Dating |
| 11/27/18 7:53 | Karlie | Finley382@chromatictrades.com | Tell me a little something |
| 11/27/18 11:45 | Mila | Braylee882@gigglesnmakeup.com | Serious Inquiries Only: Tatiana, 24, Russia |
| 11/28/18 7:46 | Faith | Cassandra132@accountsgrowth.com | Chat with Single Women |
| 11/28/18 12:39 | Emily | Joselyn573@yinghuazhilian.com | Stay naughty with frisky beauties here! |
| 11/29/18 6:03 | Brynlee | Maliah498@weixuetang100.com | Date oversexed babes & watch live cam shows! |
| 11/29/18 9:29 | Ember | Desiree317@abidjanpeople.com | Explore the Possibilities With Beautiful Russian Women |
| 11/29/18 20:15 | Camilla | Mya208@sigcontroller.com | Like milfs? Join now to discover hundreds of local ladies now! |
| 11/29/18 21:57 | Georgia | Bianca656@richfemmeglow.com | These Women want it BAD.....we GUARANTEE it..... |
| 11/29/18 22:33 | Milania | Jaylynn499@autoalumglass.com | Look forawrd to meet you soon. |
| 11/30/18 3:37 | Delilah | Alyssa602@londontrioplus.com | Limited Time... Read letters from any Bride Member |
| 11/30/18 18:20 | Monica | Angelica175@michaelhillard.com | Date oversexed babes & watch live cam shows! |
| 11/30/18 19:52 | Annabella | Nevaeh406@zhixiangmeihui.com | Meet fellow members and have a fling tonight. |
| 12/1/18 18:51 | Paola | Lilah624@superbowlrides.com | Live video chat with Russian brides. |
| 12/2/18 14:54 | Michaela | Adalyn837@healthlyhearts.com | Register for free and prepare to have fun with open-minded singles. |
| 12/2/18 22:41 | Milan | Ayleen796@taylerjohannes.com | You have been tagged with a photo! |
| 12/3/18 12:34 | Aliyah | Zuri726@ghostmachinery.com | Irresistible oversexed hotties ready for fun in bed with you! |

| 12/3/18 12:34 | Desiree | Emilia821@chideman-moble.com | Im just looking for good sex tonight! |
|---|---|---|---|
| 12/3/18 18:42 | Kaelyn | Kaia360@ads-properties.com | Swingers Party information for Adults 18 or Older |
| 12/4/18 0:19 | Clara | Miya968@homeaquisition.com | Hi |
| 12/4/18 0:19 | Julissa | Naya198@ameyandsushma.com | Hi dear |
| 12/4/18 11:01 | Alisa | Kamryn442@21layerproduct.com | You have been tagged with a photo! |
| 12/4/18 11:01 | Remington | Brynlee296@pastry-design.com | Hi again! Im so happy coz U reply me! |
| 12/5/18 19:09 | Mallory | Kaydence992@chililocostore.com | This is not a dating site |
| 12/5/18 19:09 | Alayna | Regina807@zhangyucarolyn.com | We have OVER 1 MILLION MEMBERS on our site who are ONLY looking for casual sex hookups. |
| 12/5/18 19:09 | Carly | Antonia862@vanessatoffoli.com | Good girl looking to explore being bad. Can U meet up? Pics of me being bad here :) |
| 12/5/18 19:09 | Rosalyn | Armani265@wowrightathome.com | Get Laid Tonight?  Free LIFETIME Access Inside |
| 12/5/18 19:09 | Madeline | Haylee571@estradarecords.com | Jolene share private selfie for you! |
| 12/5/18 19:09 | Jane | Haylee238@surveyscoupons.com | Activate Your Gift Membership (Details Inside) |
| 12/6/18 17:46 | Harmony | Bria172@kvart-nekretnine.com | Look forawrd to meet you soon. |
| 12/6/18 17:46 | Jazmin | Madalynn706@thehangermarket.com | Sign up for LocalGirlsSexBook. Registration is 100% FREE! |
| 12/6/18 17:46 | 24@randomclamshell.com | 24@randomclamshell.com | Facebook Verified Dating App for you |
| 12/6/18 17:46 | Dulce | Brooklyn617@tribunaamazonia.com | Meet other singles now! |
| 12/6/18 17:46 | Mae | Lesly689@exceringenieria.com | Big and Beautiful Singles Photos |
| 12/19/18 22:51 | Jaycee | Rylee84@elgaelectronics.com | Live video chat with Russian brides. |
| 12/21/18 9:57 | Alaina | Yaretzi21@goodyearstatus.com | Serious Inquiries Only: Anna, 24, Ukraine |
| 12/21/18 9:57 | Noelle | Lilian875@vinhomesgialai.com | Annabelle share selfie for U! |

| 1/15/19 2:53 | Emmeline | Jaycee854@amberlynnejohnson.com | whats going hell-on? |
|---|---|---|---|
| 1/15/19 2:53 | Rachel | Angeline60@loveandlightatlanta.com | F*ckbuddy? Connect with girls looking for sex.... |
| 1/15/19 2:53 | Nawain Giovanna | NawainGiovanna5914@hotmail.com | Check out my hot photos |
| 1/15/19 2:53 | Aleah | Kinslee791@34363coppolast.com | You have been tagged with a photo! |
| 1/15/19 2:53 | Madalynn | Mikaela175@homevaluesinniles.com | WANTED: F*ckBuddies |
| 1/15/19 15:02 | Kylee | Julie133@honeyglassfarmarts.com | Looking for Adventure |
| 1/21/19 0:22 | Julie | Kassandra714@greatresultscbd.com | Hookup with Latina Beach Babes |
| 1/21/19 4:40 | Elisabeth | Alessandra702@sistahpreneurs.com | Did you get my previous reply? I am still waiting here.. |
| 1/21/19 6:50 | Malaya | Kenna120@noellebodhaine.com | Live video chat with Russian brides. |
| 2/7/19 2:50 | Eileen | Danica357@hobby-building.com | ENCLOSED: Your Mail Order Bride Selections |
| 2/7/19 2:50 | Harley | Briley217@celulasaudavel.com | whats going hell-on? |
| 2/7/19 21:15 | Kate | Jordyn378@hel-design.com | You have been tagged with a photo! |
| 2/8/19 12:53 | Kennedy | Ruby273@avantgreenshop.com | Lets meetup! |
| 2/8/19 12:53 | Alisha | Eleanor97@forevertrumper.com | Like milfs? Join now to discover hundreds of local ladies now! |

## Barbara Chatfield

Total Number of Emails: 51

| Date/Time | From Name | Sender's Email | Subject |
|---|---|---|---|
| 11/27/18 3:57 | Sloan | Collins70@erolpatisserie.com | 2 new messages! |
| 11/27/18 4:06 | Amara | Lailah363@lisk-sidechain.com | Meet Beautiful, Adoring Asian Women Today |
| 11/27/18 7:31 | Milena | Freya102@engagedpolitics.com | Any guys on here like big women? |
| 11/27/18 12:16 | Skylar | Renee959@proxysockslist.com | Wanna chat? |
| 11/27/18 13:30 | Remi | Kendra776@buyhomeremedies.com | Someone is trying to reach you on a Facebook Application |
| 11/28/18 9:33 | Lina | Nathaly26@trutheventhall.com | Hi again! Im so happy coz U reply me! |
| 11/29/18 9:23 | Isabella | Liv341@coastersshoes.com | Chat with English Speaking Russian Women |
| 11/29/18 14:18 | Aleah | Jazlynn201@rewildtheplay.com | Someone sent you a snapsext ;) |
| 11/29/18 19:01 | Isabel | Katie530@rob-cafeteria.com | SexBook Alert: Never Pay for a Dating Site Again |
| 11/29/18 20:45 | Lindsey | Savannah350@dissectumshop.com | Hi dear |
| 11/29/18 21:52 | Saniyah | Priscilla373@slaapcoaching.com | A Beautiful Girls Could Be Yours |
| 11/29/18 23:27 | Amiyah | Melany962@muratkayaoglu.com | The latest craze in ONLINE hookups, are you ready?? |
| 11/30/18 2:48 | Liberty | Lillianna878@alchemyatc3lab.com | Emerie share private selfie for you! |
| 11/30/18 5:06 |  | 276@theglobalgraph.com | I like it doggystyle, do you? |
| 11/30/18 5:13 | Aleena | Jenny945@powershelladay.com | I really just want to f.ck |
| 11/30/18 5:50 | Gabriela | Jazmine224@pressfilterltd.com | Home Alone......I'm SO Bored |
| 11/30/18 14:41 | Kaia | Cecilia401@happinessinyou.com | I really just want to f.ck |
| 11/30/18 16:35 | Kaliyah | Melissa470@dyangchinanews.com | Sexy curvy girls want you!! |

| 12/1/18 15:30 | Lisa | Paige73@playgardensets.com | Welcome to localgirlssexbook.com! |
|---|---|---|---|
| 12/2/18 4:37 | Kenna | Melissa398@autoshowventura.com | Any guys on here like big women? |
| 12/2/18 4:37 | Cecelia | Skyler677@travelthisland.com | Connect with real singles near you. Click Here Now! |
| 12/2/18 4:37 | Aviana | Liana879@kaleidoscopeky.com | This is not a dating site |
| 12/2/18 4:37 | Nataly | Nicole673@wwwverdeenergy.com | Julia wants to invite you to a great site |
| 12/2/18 4:37 | Addison | Everleigh676@bonebeachgrill.com | Dating News: (1) New Facebook Flirt |
| 12/2/18 4:37 | Milania | Keira661@gadgetlifehack.com | Start naughty dating now! |
| 12/2/18 4:37 | Sasha | Cataleya932@chargebrussels.com | You have been tagged with a photo! |
| 12/2/18 17:35 | Addilyn | Christine440@cariscon-media.com | Someone REALLY does wants to meet YOU :) |
| 12/2/18 17:35 | Jayla | Serena423@gupiaopeizibao.com | You have been tagged with a photo! |
| 12/3/18 18:36 | Allison | Jada784@adoptablelife.com | You will see Nude Photos. Please be discreet! |
| 12/3/18 18:36 | Remi | Armani227@floridanapalan.com | Big Beautiful Women Want to Hookup Near You! |
| 12/3/18 18:36 | Nataly | Kaylin696@ferociousfarms.com | Hooking Up is Always Free & Easy. |
| 12/3/18 22:51 | Abbigail | Winter620@castlepowered.com | Lonely and Missing You |
| 12/4/18 21:37 | Cameron | Daisy133@buhbiepetshop.com | Get your free access to LocalGirlsSexBook now! |
| 12/4/18 21:37 | Frida | Kensley411@fightdentists.com | Warning: This site has naked pics of someone you may know. |
| 12/4/18 21:37 | Roselyn | Georgia818@insidermetrix.com | Please take a picture of my A$$ |
| 12/5/18 20:34 | Kori | Olivia327@glowdupstudios.com | you have (1) New Like! |
| 12/5/18 20:34 | Evalyn | Maliah324@thelittle-book.com | We found 5904 ladies in your area. Sign up to see the results! |
| 12/19/18 15:42 | Emmalee | Amelia85@dolphincrystals.com | Meet Single Women Now |

| 12/19/18 15:42 | Hailey | Raegan876@mrpaulfeinstein.com | Invite from Braylee |
| 1/15/19 1:53 | Journee | Kira676@mensfashionstudio.com | Friendly Conversation |
| 1/15/19 1:53 | Danna | Marilyn311@main-street-grill.com | Accepted a buddy request |
| 1/15/19 1:53 | Thalia | Ally453@ledaadvisorygroup.com | We've detected a possiable change to your credit score. Please review |
| 1/15/19 1:53 | Malia | Madyson913@phoenixphotocamper.com | Sign up for free and join the best flirting website! |
| 1/15/19 1:53 | Taylor | Leslie94@aptrentersresource.com | Got big boobs, and a big butt... and know how to use them :) :) See my pics... |
| 1/15/19 1:53 | Aisha | Lilianna616@hemecreterendering.com | This isn't the best way but |
| 1/21/19 17:38 | Aviana | Chana212@ourpaintedlife.com | Some women here know you |
| 1/21/19 17:38 | Natalie | Elle214@gallerynumber13.com | View Photos of Sexy MILFs in Your Area |
| 1/29/19 8:21 | Valerie | Caitlyn284@parentingthing.com | You have been tagged with a photo! |
| 2/7/19 0:31 | Carla | Lindsey257@fancybowls.com | Looking for something playful? |
| 2/7/19 0:31 | Adele | Hayley624@eheitkarnp.com | View Photos of Sexy MILFs in Your Area |
| 2/8/19 23:42 | Riley | Charlotte834@knowheretoride.com | Hello |

## Robert Chatfield

Total Number of Emails: 35

| Date/Time | From Name | Sender's Email | Subject |
|---|---|---|---|
| 1/16/19 10:12 | Milan | Alyssa891@tzxmanufacturing.com | I really just want to f.ck |
| 1/20/19 5:05 | Mae | Kelsey260@nightgardencreative.com | Thrilling FREE Contact with Your Seductive Russian Brides... |
| 2/3/19 16:03 | Dahlia | Elisa382@getpaidontheroad.com | NEW MESSAGE: Costa Rican Woman looking for a man |
| 2/22/19 4:07 | Margaret | Ayla259@roadwarriorarms.com | These local girls are ready to f**k |
| 2/22/19 7:34 | Lainey | Gloria644@lostmodernstyle.com | Dating News: (1) New Facebook Flirt |
| 2/23/19 23:31 | Natalya | Aubree911@addictedlifelavi.com | Online flirting with LocalGirlsSexBook has no limits! |
| 2/24/19 19:15 | Gracie | Julieta730@kohsamuiislands.com | Serious Inquiries Only: Anna, 24, Ukraine |
| 2/24/19 21:49 | Camilla | Aranza850@thedonutdiaries.com | Meet other singles now! |
| 2/24/19 21:54 | Nola | Juniper47@fgemmilltherapy.com | Looking for the ONE |
| 2/26/19 10:34 | Lailah | Zainab666@lidiananddarius.com | (1) You have a letter waiting from a Costa Rican Beauty |
| 2/26/19 12:24 | Cambria | Edith327@logananddaddison.com | Looking for the ONE |
| 2/26/19 17:16 | Kimber | Colette162@securepurchase1.com | Lonely and Missing You |
| 2/28/19 14:05 | Katalina | Gianna472@gantmediagroup.com | Get Laid Tonight?  Free LIFETIME Access Inside |
| 2/28/19 19:12 | Simone | Isla586@carlos28arturo.com | I really just want to f.ck |
| 2/28/19 19:51 | Lyla | Mercedes447@fituniverseweb.com | Any guys on here like big women? |
| 2/28/19 19:51 | Melissa | Beatrice534@discovergoogle.com | Find singles through Facebook |
| 2/28/19 20:30 | Kai | Madisyn730@mychauffagiste.com | SINGLES ONLINE DATING |

| 3/1/19 5:17 | Alexa | Lucia374@banco-whatsapp.com | Reply from Averie on Craiglist. |
|---|---|---|---|
| 3/1/19 14:07 | Joselyn | Winter163@kenziejennings.com | Delivery report |
| 3/1/19 14:07 | Alayna | Jaylin467@daxidinuoliguo.com | Look forawrd to meet you soon. |
| 3/1/19 18:33 | Bianca | Sarah583@everygreatdeal.com | A woman on the network of cheaters wants to cheat |
| 3/3/19 18:19 | Hannah | Lilyanna727@bartpelusotxst.com | Aubriella share selfie for U! |
| 3/3/19 19:30 | Rebecca | Aurelia774@hanguosuyinbao.com | Martha share private selfie! |
| 3/3/19 19:30 | ritza | Dakota97@localdigidinar.com | Welcome to localgirlssexbook.com! |
| 3/3/19 19:30 | Monserrat | Tenley489@129marketplace.com | Amateur Community - Sign up for FREE! |
| 3/3/19 19:30 | Brittany | Alana957@brokenewyorker.com | We found 5904 ladies in your area. Sign up to see the results! |
| 3/4/19 14:04 | Corinne | Ellie853@easymailing-cic.com | Never Pay For A Dating Site Again! Get Laid Free For Life! |
| 3/4/19 14:04 | Ryleigh | Rosalyn598@americanoverall.com | We have 353 female members within 5 miles of your location |
| 3/5/19 12:32 | Jamie | Whitney556@myu.umn.edu | Big and Beautiful Singles Photos |
| 3/5/19 20:48 | Laila | Alana564@my.aps.edu | Reply from Blakely on Craiglist. |
| 3/5/19 20:48 | Kai | Kaitlyn642@bb.courses.maine.edu | Thanks for contacting me |
| 3/6/19 13:33 | Rylan | Mallory877@stthomas.edu | Oh My! Sexy Girls want YOU..... |
| 3/6/19 13:35 | Lilian | Estrella802@stthomas.edu | Meet Me Online |
| 3/6/19 15:05 | Allison | Ally506@nymc.edu | Damn missed you again |
| 3/7/19 13:30 | Keira | Kylah424@lhs.edmonds.wednet.edu | Chat with Single Women |

## Jung Kim

Total Number of Emails: 52

| Date/Time | From Name | Sender's Email | Subject |
|-----------|-----------|----------------|---------|
| 11/26/18 4:28 | Harper | Collins788@ihacbisolutions.com | Find Love With a Beautiful Russian Woman |
| 11/29/18 5:18 | Addisyn | Jazlyn860@baotrisanchoi.com | Free lifetime access to the best dating site for getting laid! |
| 11/29/18 6:31 | Riya | Dalia239@color-couture.com | These chicks wanna F.ck! |
| 11/29/18 9:58 | Kyleigh | Angie788@beautifulcomo.com | Seksually Explicit- Lifetime Sexbook: You must be 18 to continue |
| 12/1/18 23:33 | Melany | Ellison270@liveintentful.com | wanna have fun?? |
| 12/1/18 23:33 | Saylor | Aryana607@irinmobiliaria.com | Safe, Confidential, and PRIVATE...... |
| 12/1/18 23:33 | Clare | Harlee711@devon-anti-age.com | Please take a picture of my A$$ |
| 12/1/18 23:33 | Edith | Janiyah431@shopcdccoffee.com | Chat with Single Women Now |
| 12/1/18 23:33 | Simone | Johanna176@getyourcrownback.com | Sexy curvy girls want you!! |
| 12/2/18 5:25 | Riley | Milania150@abundantlife60.com | Dating News: (1) New Facebook Flirt |
| 12/2/18 7:06 | Saniyah | Jessica629@theballotlite.com | New profile waiting for your response |
| 12/2/18 7:06 | Azalea | my398@caitlinmarie.com | Sign up and create your adult dating profile in one easy step. |
| 12/2/18 7:06 | Amya | Estelle851@usca.edu | Elliot share private selfie! |
| 12/2/18 7:30 | Laney | Maryam83@makemoney290999.com | Your PASS to FREE SEX DATING |
| 12/2/18 7:30 | Mallory | Elin340@insize-creation.com | Hi dear |
| 12/2/18 7:30 | Asia | Adalyn847@claim-gift-cards.com | ENCLOSED: Mail Order Bride Details |
| 12/2/18 7:30 | Katie | Sidney102@lichtwerkgermany.com | These chicks wanna F.ck! |
| 12/3/18 4:45 | Bridget | Ayleen664@therichresults.com | Sex Personals for ya :) |
| 12/3/18 11:31 | Danielle | Peyton198@anamariaartwork.com | whats going hell-on? |

| 12/3/18 11:31 | Estella | Julianna48@uwb.edu | Soo hows your day so far? |
|---|---|---|---|
| 12/9/18 2:22 | Macie | Hana773@zodiactrinkets.com | Look forawrd to meet you soon. |
| 12/9/18 2:22 | Macey | Amia382@healthjoint123.com | Serious Inquiries Only: Alexi, 21, Russia |
| 12/9/18 2:22 | Eliana | Elliana568@michaelpostawa.com | Thanks for contacting me |
| 12/9/18 2:22 | Eliana | Aliyah89@alexandrayogini.com | Join Now.It's FREE! |
| 12/9/18 2:22 | Carolyn | Carter333@foodsexdrinks.com | Accepted a buddy request |
| 12/9/18 2:22 | Hope | Kaidence943@jollygreenjuicer.com | Hi! These Costa Rican Women are looking for Men! |
| 12/9/18 2:22 | Miracle | Zariah668@parttimeleases.com | Meet Me Online |
| 12/9/18 2:22 | Kamryn | Karla148@heartofmcallen.com | Warning: you might have sex with someone you know! |
| 12/9/18 2:22 | Miah | Julianne954@sqpaceresetter.com | whats going hell-on? |
| 12/9/18 2:22 | Josie | Leanna130@boomboom-market.com | This is not a dating site |
| 12/9/18 2:22 | Macey | Angel583@cbtrackcomical.com | A Gorgeous Russian Could Be Yours |
| 12/9/18 2:22 | Tiana | Aurelia793@wwwcoverwallet.com | whats going hell-on? |
| 12/9/18 2:22 | Ashlynn | Andrea210@tsurusforpeace.com | Looking for something playful? |
| 12/9/18 2:22 | Nola | Willa809@bigowls-edition.com | Join best dating network with horny ladies. |
| 12/10/18 11:11 | Dakota | Rachel853@acacrecetupyme.com | I really just want to f.ck |
| 12/16/18 23:15 | Colette | Erika56@24hourhempoil.com | Find local singles who are looking for dating, love, and a relationship. |
| 12/16/18 23:15 | Greta | Addisyn970@fareistasyonu.com | Karsyn share private selfie for you! |
| 12/16/18 23:15 | Cassandra | Sofia175@intomexicotravel.com | here it is - short and sweet |
| 12/16/18 23:15 | Alina | Paityn890@prodrinkingpal.com | This is NOT a dating site. Just Quick Sex..... |
| 12/19/18 0:29 | Aurora | Scarlet546@colparsigloxxi.com | Someone is trying to FLIRT with you on Facebook |

| 12/19/18 20:45 | Patience | Blakely358@electronicdunia.com | Serious Inquiries Only: Anna, 24, Ukraine |
|---|---|---|---|
| 12/19/18 20:45 | Megan | Jordyn797@beringerfamily.com | I'm as sweet as can be! |
| 12/19/18 20:45 | Melany | Louisa627@customguidewear.com | Men Wanted today |
| 12/19/18 20:45 | Julie | Kaliyah45@messiasmorten.com | new email |
| 12/24/18 21:26 | Alisa | Lauryn116@earthingretreat.com | Chaya share private selfie! |
| 12/24/18 21:26 | Chelsea | Avah909@hanadiphotography.com | Look forawrd to meet you soon. |
| 1/21/19 9:16 | Madisyn | Madalynn158@amorsclosetshop.com | Life is Short. Have an Affair. |
| 1/21/19 9:16 | Zainab | Mya596@pozosdeaguasgc.com | Simple girl looking simple boy |
| 2/6/19 10:50 | Aryanna | Kamila59@cultura7tattoo.com | Serious Inquiries Only: Jasmin, 23, Ukraine |
| 2/6/19 18:04 | Zainab | Edith160@cooptabmis.com | Any guys on here like big women? |
| 2/6/19 18:04 | Tatiana | Tatiana904@hookedmaui.com | Seksually Explicit- Lifetime Sexbook: You must be 18 |
| 2/7/19 3:51 | Mallory | Caitlyn994@cafewallst.com | Good girl looking to explore being bad. Can U meet up? Pics of me being bad here... :) |

## Angela Neilson

Total Number of Emails: 50

| Date/Time | From Name | Sender's Email | Subject |
|---|---|---|---|
| 11/27/18 11:40 | Lilith | Caitlin43@bestmotionmovie.com | F*ckBuddies Wanted |
| 11/28/18 9:27 | Saniyah | Kaelyn177@cavillstravels.com | Single & Beautiful Women Want to meet you today! |
| 11/28/18 9:37 | Julia | Alaina635@safetyexplorer.com | Trade pics and bang new friends in your city! |
| 11/28/18 12:29 | Jaylene | Angie873@natalielyonins.com | Is it time for me to give up? |
| 11/28/18 14:33 | Diana | Kaelyn15@bathandbeyound.com | Beautiful Asian Women Are Waiting to Meet You |
| 11/28/18 16:31 | Lylah | Londyn75@amerikadakargo.com | Hey, I remember you from last night. |
| 11/29/18 4:36 | Jayla | Malia781@readerwelcome.com | Every 60 seconds a women joins us looking to have a DISCREET Affair |
| 11/29/18 7:04 | Bailey | Paola683@doorstepbazar.com | We have 353 female members within 5 miles of your location |
| 11/29/18 21:04 | Hailey | Cassidy551@ylevycoaching.com | Aurelia wanna chat with you! |
| 11/30/18 3:49 | Ruby | Cataleya709@wipot-dressing.com | Meet flirts and spice up your dating life! |
| 11/30/18 6:48 | Matilda | Elle623@tomasvadiloafr.com | Chat with English Speaking Russian Women |
| 11/30/18 21:53 | Amiyah | Jayden172@henschelsstore.com | Meet female swingers and hook-up |
| 11/30/18 23:06 | Amber | Elisa380@chase549881423.com | Alana share private selfie for you! |
| 12/1/18 4:59 | Summer | Milan591@apolloairferry.com | Cute foreign chicks and Eurasian flirting equal more fun. |
| 12/1/18 18:34 | Angelique | Alexa558@arubabesttours.com | Women are sharing naked pictures on our site right now! |
| 12/2/18 0:41 | Phoebe | Lucille193@zhongxingdaili.com | Beautiful Asian Women Are Waiting to Meet You |
| 12/2/18 0:52 | Claire | Paisley683@rohavakererohe.com | Invite from Sloan |
| 12/2/18 1:30 | Mira | Ellen678@brokentutorial.com | Is it time for me to give up? |
| 12/2/18 1:47 | Catalina | Elaine786@flabshipharbor.com | Have You Given Asian Dating a Try? |

| 12/2/18 6:01 | Bella | Aya897@golfe-ventures.com | Siena wanna chat with you! |
|---|---|---|---|
| 12/2/18 14:07 | Sidney | Salma932@ites-elearning.com | Any guys on here like big women? |
| 12/2/18 14:07 | Milan | Jamie404@epokharaonline.com | Claim Your FREE GIFT Membership From LocalGirlsSexBook.com Before It Expires! |
| 12/2/18 18:28 | Jayla | Hunter741@extrastorageky.com | Dating for Sex |
| 12/3/18 7:43 | Lacey | Maria140@xbyteshosting.com | Invite from Caroline |
| 12/3/18 7:43 | Mariah | Raegan423@aaronthorstad.com | Best site to meet sexy bored wives |
| 12/4/18 3:36 | Lilith | Kaitlyn616@metroselectcar.com | Hi dear |
| 12/4/18 3:36 | Katie | Anniston981@langxiaoguang.com | Someone REALLY does wants to meet YOU :) |
| 12/4/18 3:36 | Lilliana | Ellen936@wisdomdiamond.com | wanna have fun?? |
| 12/4/18 3:36 | Scarlett | Alivia751@poolsiderails.com | Look forawrd to meet you soon. |
| 12/5/18 11:32 | Mckenzie | Finley614@garciabranding.com | You have a letter waiting from a Horny Beauty |
| 12/5/18 11:32 | Grace | Anika274@gosmithfinance.com | Look forawrd to meet you soon. |
| 12/5/18 11:32 | Magdalena | Amina54@beehealthycare.com | Want to give me a try? Check out my pics |
| 12/5/18 21:01 | Adriana | Brooklynn248@aspaceforpeople.com | These girls want to f**k... |
| 12/5/18 21:01 | Meadow | Alexa787@afrochiconline.com | Thanks for contacting me |
| 12/6/18 2:26 | Lucy | Marina553@isecured-system.com | Any guys on here like big women? |
| 12/6/18 20:12 | Eden | Riley885@grinchourofcode.com | Seksually Explicit- Lifetime Sexbook: You must be 18 |
| 12/14/18 19:11 | Ily | Kenzie655@divinity9farms.com | I really just want to f.ck |
| 12/19/18 1:22 | Adelynn | Hadleigh685@mrbarroycantera.com | No Gimmicks. No Bullshit. Just Girls Looking For Sex |
| 12/19/18 1:22 | Monica | Taryn507@bluegumpartners.com | Taliyah share selfie for U! |
| 12/19/18 20:45 | AnastasiaDate | notifications@anastasiadate.com | You've got new message from Margarita on AnastasiaDate |

|  | Team |  |  |
|---|---|---|---|
| 12/19/18 20:45 | 198@abdulpeluqueria.com | 198@abdulpeluqueria.com | Free lifetime access to the best dating site for getting laid! |
| 1/14/19 10:59 | Hugh Ward | hugh.ward@kenwayandclark.com.au | Reliable and easy |
| 1/14/19 10:59 | Customer Portal Support | c.p.support@brigadegroup.com | Fulfill your fantasies |
| 1/15/19 18:57 | Catalina | Alyvia517@2girlswalkintoabar.com | WANTED: F*ckBuddies |
| 1/15/19 18:57 | Lylah | Johanna333@changingtheworldforgood.com | WANTED: F*ckBuddies |
| 1/15/19 18:57 | Adrianna | Kora791@blackmenexcelling.com | Enjoy chatting with fun-loving chicks! |
| 1/15/19 18:57 | Marie | Makenzie11@affiliatedreambiz.com | 2 new messages! |
| 1/21/19 9:59 | Noa | Emely269@pepsonlinestore.com | Serious Inquiries Only: Svetlana, 35, Ukraine |
| 2/6/19 15:16 | Caitlyn | Savanna33@ultinateguitar.com | Did you get my previous reply? I am still waiting here.. |
| 2/8/19 21:32 | Victoria | Gabriela443@kieferortuoste.com | Look forawrd to meet you soon. |