1  Daniel A. Solitro (SBN: 243908)
2  dsolitro@lockelord.com
   Nasar M. Khan (SBN: 318327)
3  nasar.khan@lockelord.com
4  **LOCKE LORD LLP**
   300 South Grand Avenue, Suite 2600
5  Los Angeles, California 90071
   Telephone:  (213) 485-1500
6  Facsimile:   (213) 485-1200
7
   Charles Phipps (*pro hac vice*)
8  cphipps@lockelord.com
9  2200 Ross Avenue, Suite 2800
   Dallas, Texas 75201
10 Telephone:  (214) 740-8000
11 Facsimile:   (214) 740-8800

12 Attorneys for Defendant
   CONVERSION SQUARED CORPORATION
13

14                    **UNITED STATES DISTRICT COURT**
15                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ANDREWS, an individual, RYAN ABEL, an individual, JESSE BRISTER, an individual, MICHAEL BABICH, an individual, YOLANDA SANCHEZ, an individual, BARBARA CHATFIELD, an individual, ROBERT CHATFIELD, an individual, JUNG KIM, an individual, and ANGELA NEILSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CONVERSION SQUARED CORPORATION, a Wyoming corporation, and DOES 1-100,<br><br>Defendant. | CASE NO.: 8:20-CV-00247-JLS-JDE<br><br>**DEFENDANT CONVERSION SQUARED CORPORATION'S REQUEST FOR ENTRY OF FINAL JUDGMENT**<br><br>Complaint Filed:  November 6, 2019<br>FAC Filed: March 4, 2020<br><br>[Proposed Order Lodged Concurrently] |

1

DEFENDANT CONVERSION SQUARED CORPORATION'S REQUEST FOR FINAL JUDGMENT
*James Andrews, et al. v. Conversion Squared Corporation, et al.*, Case No. 8:20-CV-00247-JLS-JDE

Pursuant to Federal Rule of Civil Procedure 58(a), defendant Conversion Squared Corporation ("Conversion Squared") requests this Court to enter a final judgment dismissing the claim with prejudice asserted against it by plaintiffs James Andrews, Ryan Abel, Jesse Brister, Michael Babich, Yolanda Sanchez, Barbara Chatfield, Robert Chatfield, Jung Kim and Angela Neilson (collectively, "Plaintiffs").

On May 8, 2020, this Court entered an order granting Conversion Squared's Motion to Dismiss Plaintiffs' First Amended Complaint against Conversion Squared which alleged a single cause of action under Section 17529.5(a)(2) of the California Business and Professions Code. (ECF No. 27). The Court found that Plaintiffs' claim under Section 17529.5(a)(2) was preempted by the Federal CAN-SPAM Act. While the Court stated it doubted Plaintiffs' ability to amend their pleading to escape federal preemption, the Court allowed Plaintiffs leave to amend and ordered that any amended complaint must be filed no later than May 29, 2020 (twenty-one days from that order). To date, Plaintiffs have not filed an amended complaint.

Therefore, Conversion Squared hereby respectfully requests this Court grant this Request for Entry of Final Judgment and dismiss Plaintiffs' First Amended Complaint alleging a cause of action under Section 17529.5(a)(2) of the California Business and Professions Code along with any other claim that could have been asserted with prejudice. Conversion Squared further requests that the Court determine Conversion Squared to be the prevailing party in this case and that costs incurred by Conversion Squared related to the lawsuit are to be paid by Plaintiffs.

Dated: June 2, 2020

Respectfully submitted,

**LOCKE LORD LLP**

By: */s/ Daniel A. Solitro*
      Charles Phipps
      Daniel A. Solitro
*Attorneys for Defendant CONVERSION SQUARED CORPORATION*

2