JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANDREWS, an individual, <br> RYAN ABEL, an individual, <br> JESSE BRISTER, an individual, <br> MICHAEL BABICH, an individual, <br> YOLANDA SANCHEZ, an individual, <br> BARBARA CHATFIELD, an individual, <br> ROBERT CHATFIELD, an individual, <br> JUNG KIM, an individual, and <br> ANGELA NEILSON, an individual, <br><br>           Plaintiffs, <br><br>     v. <br><br> CONVERSION SQUARED CORPORATION, a Wyoming corporation, and DOES 1-100, <br><br>           Defendant. | CASE NO.: 8:20-CV-00247-JLS-JDE <br><br> **JUDGMENT** <br><br> Complaint Filed: November 6, 2019 <br> FAC Filed: March 4, 2020 |

1

On May 8, 2020, this Court entered an order granting defendant Conversion Squared Corporation's Motion to Dismiss Plaintiffs' First Amended Complaint and granting Plaintiffs leave to amend. The Court ordered that any amended complaint must be filed no later than May 29, 2020 (twenty-one days from that order). Plaintiffs did not file an amended complaint.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. This action is DISMISSED WITH PREJUDICE;

2. Judgment is entered in favor of defendant Conversion Squared Corporation and against Plaintiffs James Andrews, Ryan Abel, Jesse Brister, Michael Babich, Barbara Chatfield, Robert Chatfield, Jung Kim, and Angela Neilson, ("Plaintiffs");

3. Conversion Squared Corporation is determined to be the prevailing party in this case; and

4. Conversion Squared Corporation may seek costs by following the procedures set forth in Local Rule 54.

**IT IS SO ORDERED.**

Dated: June 09, 2020

**Honorable Josephine L. Staton**
United States District Judge