# UNITED STATES DISTRICT COURT
## Central District of California

# APPLICATION TO THE CLERK TO TAX COSTS

James Andrews et al

v.                                      Case Number: 8:20-CV-00247-JLS-JDE

Conversion Squared Corporation

Judgment was entered in this action on <u>June 9, 2020</u> / <u>ECF# 29</u> against
Date          Docket No.

James Andrews, Ryan Abel, Jesse Brister, Michael Babich, Yolanda Sanchez, Barbara Chatfield, Robert Chatfield, Jung Kim, Angela Neilson (Plaintiffs)        .

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | 400.00 |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | 1,435.00 |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | 1,835.00 |

<u>**NOTE:**</u> **You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

| DECLARATION |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☒ The Court's CM/ECF System

☐ Conventional service by first class mail

☐ Other _____

/s/ Nasar Khan                                    Nasar Khan
Signature                                          Print Name

Attorney for: Conversion Squared Corporation

Costs are taxed in the amount of _____

By: _____

Clerk of Court          Deputy Clerk                          Date

CV-59 (12/18)                  **BILL OF COSTS**                  Page 1 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com

**WITNESS FEES** (computation, *see* **28 U.S.C. § 1821 for statutory fees**)

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | TOTAL |

CV-59 (12/18)                                **BILL OF COSTS**                                Page 2 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com

# EXHIBIT A

**Taylor, Antoinette**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Friday, February 7, 2020 1:40 PM |
| **To:** | Taylor, Antoinette |
| **Subject:** | Pay.gov Payment Confirmation: CACD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CACD CM/ECF Helpdesk at (213) 894-0242.

Application Name: CACD CM ECF
Pay.gov Tracking ID: 26ND3SB7
Agency Tracking ID: 0973-25282412
Transaction Type: Sale
Transaction Date: Feb 7, 2020 4:39:50 PM

Account Holder Name: Locke Lord LLP
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************8680

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

# <u>EXHIBIT B</u>



# Invoice

| | |
|---|---|
| **Date** | 2/7/2020 |
| **Customer** | 0066086 |
| **Invoice** | 12267699 |
| **Due Date** | 3/8/2020 |
| **Terms** | Net 30 |
| **Amount Due** | $1,494.56 |

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| **Bill To** |
|---|
| Locke Lord LLP
300 S. Grand Avenue
Suite 2600
Los Angeles CA 90071 |

| | |
|---|---|
| Order Number | 14403290 |
| Billing Code | 0106745-00002 |
| Case Number | 30-2019-01110405-CU-MC-CXC |
| Court Transaction Number | 3886377 |
| Contact | Antoinette Taylor |
| Attorney | Daniel Solitro |
| Case Title | James Andrews vs. Conversion Squared Corporation, a Wyoming corporation |
| Documents | Notice of Removal to Federal Court |
| Court | Superior Court of California, Orange County |

| STATUTORY DISBURSEMENTS* | AMOUNT |
|---|---|
| Court Filing Fee | $1,435.00 |
| Court Technology Access Fee | $2.25 |
| **SUBTOTAL** | **$1,437.25** |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $9.95 |
| Convenience Fee‡ | $47.36 |
| **SUBTOTAL** | **$57.31** |

| FEES SUMMARY | AMOUNT |
|---|---|
| Disbursements | $1,437.25 |
| One Legal Fees | $57.31 |
| **TOTAL BILLED** | **$1,494.56** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ Statutory fees disbursed on your behalf are assessed a convenience fee for processing and collecting these disbursements. The convenience fee is waived if you elect the One Legal ACH payment service. One Legal does not assess a convenience fee on its products and services.